

ORIGINAL

FILED

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0012

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0012

_____

IN THE MATTER OF THE ESTATE OF
DOUGLAS C. DOWER,

    Deceased.

FILED

JUN 2 3 2021

Bowen Greenwood
Clerk, Supreme Court
State of Montana

ORDER

_____

    Linda Dower, surviving spouse of Douglas C. Dower, appeals the Judgment of the Eighth Judicial District Court in favor of the Estate's claim that because Douglas's estate is insufficient to pay the homestead allowance, family allowance, statutory exemptions, and specific devises, Linda's specific devises must abate and be used to satisfy her rights to the homestead allowance, family allowance, and exempt property in accordance with § 72-3-901, MCA. The District Court determined that the remainder of Douglas's assets, held in an irrevocable trust, were not probate assets that could be used to satisfy Linda's allowances and spousal claims.

    After reviewing the District Court's order and the parties' briefs, the Court has determined it appropriate to invite the views of the State Bar of Montana's Business, Estates, Trusts, Tax and Real Property Law Section in order to inform its consideration of the case. The parties' briefs are available through the Court's public access website:

    http://courts.mt.gov/clerk/docket.mcpx.

    IT IS THEREFORE ORDERED that the Clerk of this Court shall notify Justin M. Bryan, Chair of the State Bar of Montana's Business, Estates, Trusts, Tax and Real Property Law Section of the entry of this order. The Clerk also shall provide the Section Chair with a copy of the District Court's December 1, 2020 Order on Cross-Motions for Summary Judgment.

IT IS FURTHER ORDERED that any amicus brief shall be filed within thirty days of the date of this Order, unless an extension of time is requested and approved, and shall be limited to 5,000 words.

The Clerk of Court is directed to provide copies of this Order to all counsel of record.

DATED this 23rd day of June, 2021.

For the Court,

_____
Chief Justice